FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   FEBRUARY 22, 2023   *
BROOKLYN OFFICE

## INFORMATION SHEET

UNITED STATES DISTRICT COURT      23-CR-82
EASTERN DISTRICT OF NEW YORK      Judge Margo K. Brodie
Magistrate Judge Ramon E. Reyes

1.  Title of Case:  United States v. Carlos Watson and Ozy Media, Inc.

2.  Related Magistrate Docket Number(s): N/A

3.  Arrest Date:   N/A

4.  Nature of offense(s):    ☒  Felony
                             ☐  Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
    Division of Business Rules): United States v. John Doe, No. 23-cr-47; United States v.
    Jane Doe, No. 23-cr-48

6.  Projected Length of Trial:    Less than 6 weeks      ☒
                                  More than 6 weeks      ☐

7.  County in which crime was allegedly committed: Kings; Queens
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case
    pending or initiated before March 10, 2012.[1]      ☐ Yes  ☒ No

9.  Has this indictment/information been ordered sealed?      ☒ Yes  ☐ No

10.  Have arrest warrants been ordered?      ☒ Yes  ☐ No

11.  Is there a capital count included in the indictment?   ☐ Yes   ☒ No

BREON PEACE
United States Attorney

By:      /s/
         Jonathan Siegel
         Gillian Kassner
         Dylan A. Stern
         Assistant U.S. Attorneys
         (718) 254-7000

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.