

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS/GK/DAS
F. #2021R00900

271 Cadman Plaza East
Brooklyn, New York 11201

February 23, 2023

<u>By ECF and E-mail</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: United States v. Carlos Watson and Ozy Media, Inc., No. 23-CR-82 (MKB)
    United States v. John Doe, No. 23-CR-47 (EK)
    United States v. Jane Doe, No. 23-CR-48 (EK)

Dear Judge Pollak:

  The government respectfully moves for orders:

1. Unsealing <u>United States v. Watson and Ozy Media, Inc.</u>, No. 23-CR-82 (MKB) ("<u>Watson</u>") in its entirety;

2. In <u>United States v. John Doe</u>, No. 23-CR-47 (EK) ("<u>John Doe</u>"), replacing the name "John Doe" with the name "Samir Rao" on the docket and unsealing the Information (ECF Dkt. No. 8), the Waiver of Indictment (ECF Dkt. No. 9), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 10), and the transcript of the guilty plea hearing on February 21, 2023; and

3. In <u>United States v. Jane Doe</u>, No. 23-CR-48 (EK) ("<u>Jane Doe</u>"), replacing the name "Jane Doe" with the name "Suzee Han" on the docket and unsealing the Information (ECF Dkt. No. 7), the Waiver of Indictment (ECF Dkt. No. 6), the Consent to Proceed Before a Magistrate Judge (ECF Dkt. No. 8), and the transcript of the guilty plea hearing on February 14, 2023.

  The individual defendant in <u>Watson</u> has been arrested and there is no longer a need to keep that matter under seal. Further, in light of the arrest of the defendant in <u>Watson</u>, there is no longer a need to conceal the identities of the defendants in <u>John Doe</u> and <u>Jane Doe</u> or

the materials in those cases listed above.  Three proposed orders, one for each case, are enclosed for the Court's consideration.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

By:   /s/ Jonathan Siegel
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-6293

Enclosures

cc:     Clerk of Court (by ECF)