**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OZY MEEDIA, ET AL.,<br><br>Defendant. | Case No. 1:23-cr-00082-EK |

**MOTION FOR EXTENSION OF DEADLINE TO FILE DEFENDANT OZY'S MOTION TO DISMISS THE INDICTMENT**

1. Defendant Ozy Media, through undersigned counsel, hereby moves to request the Court for an order granting a reasonable extension of the deadline to submit a Motion to Dismiss the Indictment, which is currently due August 28, 2023 to September 4, 2023.
2. Undersigned counsel has conferred with the government and with counsel for Defendant Carlos Watson. The Government takes no position as long as the time for opposition papers for all motions is extended for one week. Counsel for Carlos Watson consents to the request.
3. This is the first request by the undersigned counsel on behalf of Defendant Ozy for an extension to file a Motion. Defendant Ozy does not anticipate any further requests for an extension to file.
4. The grounds for seeking the extension rest on an unforeseen medical emergency with the family of the undersigned.

5. Based on the foregoing and given the unexpected nature of this situation, Defendant Ozy respectfully requests leave of the Court to file a Motion to Dismiss one week later than initially ordered.

Dated: Brooklyn, New York
August 28, 2023

*Kenneth J. Montgomery, Esq.*

KENNETH J. MONTGOMERY, ESQ.
198A Rogers Ave.
Brooklyn, NY 11225
Tel: (718) 403-9261
Fax: (347) 402-7103
Email: ken@kjmontgomerylaw.com