# Exhibit A

Attachment A to Protective Order

I have read the attached Protective Order in the matter of <u>United States v. Carlos Watson</u>, No. 23-CR-82 (EK), and, by my signature below, agree to be bound by its terms.

| Printed Name | Signature |
|---|---|
| Ronald Sullivan |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |