UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,

              -against-

**VERDICT FORM**
23-CR-82 (EK)

CARLOS WATSON and OZY MEDIA, INC.,

              Defendants.

-------------------------------------x

## COUNT ONE
(Securities Fraud Conspiracy)

As to defendant CARLOS WATSON:

        Guilty  ✓        Not Guilty _____

As to defendant OZY MEDIA, INC.:

        Guilty  ✓        Not Guilty _____

**[CONTINUED ON NEXT PAGE]**

# COUNT TWO
(Wire Fraud Conspiracy)

As to defendant CARLOS WATSON:

Guilty __✓__  Not Guilty _____

*If and only if you find the defendant CARLOS WATSON guilty as to Count Two, please answer the question below.*

Was a financial institution affected?

Yes __✓__  No _____

As to defendant OZY MEDIA, INC.:

Guilty __✓__  Not Guilty _____

*If and only if you find the defendant OZY MEDIA, INC. guilty as to Count Two, please answer the question below.*

Was a financial institution affected?

Yes __✓__  No _____

**[CONTINUED ON NEXT PAGE]**

# COUNT THREE
(Aggravated Identity Theft)

As to defendant CARLOS WATSON:

Guilty ___✓___    Not Guilty _____

_____
Foreperson