AO 10
Rev. 3/2023

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2023

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 13101-13111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Komitee, Eric R. | US District Court - Eastern District of New York | 5/15/2024 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE STATUS | ☐ Nomination Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2023 to 12/31/2023 |

**7. Chambers or Office Address**

255 CADMAN PLAZA EAST
BROOKLYN, NY 11201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| # | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | VIKING GLOBAL FOUNDATION INC. (NON-PROFIT CHARITABLE ORGANIZATION) |
| 2. | ALUMNI BOARD MEMBER (NON-FIDUCIARY) | EMORY COLLEGE |
| 3. | PROFESSOR | COLUMBIA UNIVERSITY LAW SCHOOL |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements.)*

☒ NONE *(No reportable agreements.)*

| # | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2023 | COLUMBIA LAW SCHOOL, LECTURING COMPENSATION | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | RODEL INSTITUTE | September 2023 | Syracuse, New York | Seminar | Transportation & Hotel |
| 2. | GEORGE MASON UNIVERSITY SCALIA SCHOOL OF LAW | May 2023 | Arlington, Virginia | Lecture and Panel Discussion | Transportation & Hotel & Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**V. GIFTS.** *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. JP MORGAN | VISA CARD | L |
| 2. AMERICAN EXPRESS | CREDIT CARD | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 1. | Viking Global Equities LP | H1 | Dividend | P2 | T | | | | |
| 2. | Viking Global Opportunities LP | F | Dividend | P1 | T | | | | |
| 3. | D1 Capital Partners Onshore LP | A | Dividend | P2 | T | | | | |
| 4. | Junto Capital Partners LP | H1 | Dividend | P2 | T | Distributed (part) | 02/15/23 | O | |
| 5. | 151 Baltic ST JV LLC | A | Dividend | L | T | | | | |
| 6. | Invesco QQQ Trust | D | Dividend | O | T | Sold (part) | 04/03/23 | O | |
| 7. | Ishares Russel 2000 ETF | | None | L | T | | | | |
| 8. | Lord Abbett Floating Rate A Fund | | None | K | T | | | | |
| 9. | Schwab US TIPS ETF | D | Dividend | M | T | | | | |
| 10. | SPDR S&P 500 ETF | E | Dividend | P1 | T | | | | |
| 11. | Vanguard FTSE All World EX-US ETF | | None | J | T | | | | |
| 12. | SPDR Gold Shares ETF | | None | | | Sold (part) | 08/29/23 | M | E |
| 13. | | | | | | Sold | 9/19/23 | M | B |
| 14. | JP Morgan Unallocated Gold Fund | | None | J | T | | | | |
| 15. | iShares MSCI EAFE ETF | | None | K | T | | | | |
| 16. | SPDR Dow Jones ETF | | None | K | T | | | | |
| 17. | Invesco Diversified Dividend Fund | | None | M | T | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 18. iShares S&P 500 Index Fund | | None | M | T | | | | |
| 19. Clearbridge Large Cap Growth Fund | | None | L | T | | | | |
| 20. iShares Russell Mid Cap Index Fund | | None | L | T | | | | |
| 21. Delaware Small Cap Core Fund | | None | L | T | | | | |
| 22. Invesco Asia Pacific Growth Fund | | None | L | T | | | | |
| 23. Nuveen Real Estate Securities Fund | | None | L | T | | | | |
| 24. Lehman Bros HLD VAR 2XXX | A | Distribution | J | T | | | | |
| 25. Vanguard S/T Investment - VFSTX | | None | K | T | | | | |
| 26. iShares MSCI Emerging Markets - EEM | A | Dividend | J | T | | | | |
| 27. NY 529 Developed Markets Index Portfolio | | None | L | T | | | | |
| 28. NY 529 Mid-Cap Stock Index Portfolio | | None | M | T | | | | |
| 29. NY 529 Small-Cap Stock Index Portfolio | | None | M | T | | | | |
| 30. NY 529 Inflation Protected Securities Portfolio | | None | L | T | | | | |
| 31. iShares MSCI China ETF | B | Dividend | O | T | Sold (part) | 02/13/23 | O | |
| 32. | | | | | Sold (part) | 04/03/23 | M | |
| 33. | | | | | Sold (part) | 12/27/23 | K | |
| 34. US Treasury Bonds | D | Interest | N | T | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 35. FINE TONY OUNCES OF UNALLOCATED GOLD | | None | O | T | Sold (part) | 02/13/23 | N | |
| 36. | | | | | Sold (part) | 09/26/23 | M | |
| 37. JPM MANGAED INCOME FUND | B | Dividend | O | T | | | | |
| 38. JPM FLOAT RATE INC. | A | Dividend | M | T | | | | |
| 39. APPLE INC. | A | Dividend | | | Sold | 05/11/23 | J | D |
| 40. NOVOZYMES INC. | A | Dividend | | | Sold (part) | 05/11/23 | J | |
| 41. | | | | | Sold | 06/05/23 | J | |
| 42. TENCENT MUSIC ENTERTAINMENT | | None | | | Sold | 05/11/23 | N | |
| 43. ISHARE MSCI WORLD ETF | C | Dividend | M | T | Sold (part) | 12/27/23 | M | |
| 44. BITCOIN (BTC) | | None | | | Buy (add'l) | 03/22/23 | L | |
| 45. | | | | | Sold | 09/19/23 | N | |
| 46. ETHEREUM (ETH) | | None | | | Sold | 03/22/23 | L | |
| 47. LONG ISLAND, NY | E | Rent | P1 | W | | | | |
| 48. LITCHFIELD COUNTY, CT | F | Rent | P1 | W | | | | |
| 49. | | | | | | | | |
| 50. | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Eric R. Komitee**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)**

Committee on Financial Disclosure  
Administrative Office of the United States Courts  
Suite G-330  
One Columbus Circle, N.E.  
Washington, D.C. 20544