| Table 1. Viking and D1 Co-Investments with Alleged Victims ||||| 
|---|---|---|---|---|
| **Date** | **Target** | **Round (Deal Size)** | **Komitee Investment Advisers** | **Alleged Victim** |
| 2/23/2017 | Xcell Biosciences | Later Stage VC ($12 million) | Viking | Wilson Sonsini Goodrich & Rosati |
| 7/21/2017 | Covetrus | Series F ($223.55 million) | Viking | Clayton, Dubilier & Rice (co-led on deal) |
| 6/12/2019 | Viela Bio | Series B ($75 million) | Viking | Goldman Sachs |
| 9/17/2019 | GitLab | Later Stage VC (Series E) ($268 million) | D1 Capital Partners | Goldman Sachs Growth Equity |
| 6/25/2020 | Frigo Group | Buyout/LBO | D1 Capital Partners | The Goldman Sachs Group |
| 7/29/2020 | Mantra Bio | Early Stage VC ($25 million) | Viking | SV Angel |
| 1/29/2021 | Robinhood | Series G ($3.4 billion) | D1 | CapitalG |
| 4/8/2021 | Ramp | Early Stage VC (Series B) ($65.7 million) | D1 Capital Partners | The Goldman Sachs Group |
| 4/14/2021 | SpaceX | Series E ($1.16 billion) | D1 | Alphabet |
| 5/18/2021 | ID.me | Series C ($100 million) | Viking | CapitalG Goldman Sachs Growth Equity |
| 6/10/2021 | Clip | Later Stage VC ($250 million) | Viking | The Goldman Sachs Group |
| 7/30/2021 | Ualá | Later Stage VC (Series D) ($350 million) | D1 Capital Partners | Goldman Sachs Asset Management |
| 9/23/2021 | Patina Health | Early Stage VC ($50 million) | Viking | Google Ventures Europe |
| 10/4/2021 | Course Hero | Later Stage VC (Series C) ($401 million) | D1 Capital Partners | SuRo Capital |
| 10/29/2021 | Guild | Series E ($150 million) | D1 | Emerson Collective |
| 11/9/2021 | Color | Later Stage VC ($100 million) | Viking | Emerson Collective, SV Angel |
| 1/27/2022 | Fireblocks | Series E ($550 million) | D1 | Capital G |
| 1/26/2023 | Pearl Health | Later Stage VC | Viking | SV Angel Growth I |
| 2/21/2023 | AlphaSense | Later Stage VC ($325 million) | Viking | CapitalG |

| Table 1. Viking and D1 Co-Investments with Alleged Victims | | | | |
|---|---|---|---|---|
| **Date** | **Target** | **Round (Deal Size)** | **Komitee Investment Advisers** | **Alleged Victim** |
| 4/11/2023 | ID.me | Later Stage VC ($132 million) | Viking | CapitalG |
| 9/28/2023 | AlphaSense | Later Stage VC ($150 million) | Viking | CapitalG, Goldman Sachs Asset Management |
| 5/1/2024 | DataSense Software | Buyout/LBO | D1 Capital Partners | Goldman Sachs Growth Equity |
| 6/11/2024 | AlphaSense | Later Stage VC ($650 million) | Viking | CapitalG, Goldman Sachs Asset Management Fund Services Ltd., JPMorgan Chase |
| Table 1 Source: PitchBook deal data | | | | |

| Table 2. Stock Holdings in Alleged Victims, 2023 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Komitee Hedge Funds (combined) ($ millions)** | | | | | **Komitee Pro-Rata Beneficial Interest ($ thousands or M millions)** | | | | | | | | |
| Quarter | GOOGL | GS | JPM | LYV | GOOGL Low | High | GS Low | High | JPM Low | High | LYV Low | High | COMBINED BENEFICIAL INTEREST Low   High |
| 1Q23 | 324 | 42 | 97 | 230 | 70 | 348 | 27 | 136 | 64 | 318 | 42 | 208 | 202   1.0M |
| 2Q23 | 274 |  | 117 |  | 50 | 248 |  |  | 76 | 382 |  |  | 126   630 |
| 3Q23 | 248 |  | 166 |  | 72 | 358 |  |  | 109 | 545 |  |  | 181   903 |
| 4Q23 | 734 |  | 160 | 42 | 103 | 513 |  |  | 105 | 523 | 8 | 38 | 215   1.1M |

Table 2 Source: Form 13Fs and ADVs filed by Komitee Hedge Fund; Form AO 10 filed by Komitee.

Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co.
LYV is LiveNation Entertainment Inc.

| Table 3. Viking Global Investors LP, Stock Holdings in Four Victims, 2008 to 2011 ($ millions) | | | | | |
|---|---|---|---|---|---|
| **Quarter Ending** | **GOOG** | **GOOGL** | **GS** | **JPM** | **LYV** |
| 3/31/2008 | | | | | |
| 6/30/2008 | | 39.5 | | | |
| 9/30/2008 | | | | | |
| 12/31/2008 | | | | 101.5 | |
| 3/31/2009 | | 208.3 | | 147.4 | |
| 6/30/2009 | | 306.3 | 234.5 | 294.0 | |
| 9/30/2009 | | 199.4 | 151.9 | 456.5 | |
| 12/31/2009 | | 127.9 | | 339.0 | |
| 3/31/2010 | | 240.8 | | 265.8 | |
| 6/30/2010 | | | | 228.4 | |
| 9/30/2010 | | | 51.2 | 81.2 | |
| 12/31/2010 | | 179.8 | | 79.8 | |
| 3/31/2011 | | | | 466.3 | |
| 6/30/2011 | | | | 390.5 | |
| 9/30/2011 | | | | | |
| 12/31/2011 | | | | 119.7 | |

Table 3 Source: Form 13Fs filed by Viking Global Investors LP.

Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GOOG is the ticker for Alphabet Class C (no holdings during this period)
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co.
LYV is LiveNation Entertainment Inc. (no holdings during this period)

Neither D1 nor Junto existed during the 2008 to 2011 period.

| Table 4. Viking Global Investors LP, Stock Holdings in Four Victims, 2012 to 2017 ($ millions) | | | | | |
|---|---|---|---|---|---|
| **Quarter Ending** | **GOOG** | **GOOGL** | **GS** | **JPM** | **LYV** |
| 3/31/2012 | | 675.5 | 108.7 | 78.1 | |
| 6/30/2012 | | | | | |
| 3/31/2013 | | | 90.0 | | |
| 6/30/2013 | | | | | |
| 9/30/2014 | | 543.4 | | | |
| 12/31/2014 | | 394.0 | | | |
| 3/31/2015 | 461.0 | 908.8 | | | |
| 6/30/2015 | 597.3 | 1,477.6 | | | |
| 9/30/2015 | 682.5 | 1,617.8 | | | |
| 12/31/2015 | 870.0 | 1,442.0 | | | |
| 3/31/2016 | 787.0 | 1,564.3 | | | |
| 6/30/2016 | 582.2 | 1,262.8 | | | |
| 9/30/2016 | 832.6 | 1,578.5 | | | |
| 12/31/2016 | 832.8 | 1,432.6 | | | |
| 3/31/2017 | 891.8 | 1,203.5 | | 324.6 | |
| 6/30/2017 | | 634.3 | | | |
| 9/30/2017 | | 1,436.5 | | | |
| 12/31/2017 | | 1,045.6 | | | |

Source: Form 13Fs filed by Viking Global Investors LP.

Notes: All 13Fs during this period were signed and certified by Komitee himself.
Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GOOG is the ticker for Alphabet Class C.
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co.
LYV is LiveNation Entertainment Inc. (no holdings during this period)

| Table 5. Junto Capital Management LP, Stock Holdings in Four Victims, 2012 to 2017 ($ millions) | | | | | |
|---|---|---|---|---|---|
| **Quarter Ending** | **GOOG** | **GOOGL** | **GS** | **JPM** | **LYV** |
| 3/31/2012 | | | | | |
| 6/30/2012 | | | | | |
| 3/31/2013 | | | | | |
| 6/30/2013 | | | | | |
| 9/30/2014 | | | | | |
| 12/31/2014 | | | | | |
| 3/31/2015 | | | | | |
| 6/30/2015 | | | | | |
| 9/30/2015 | | 24.9 | | | |
| 12/31/2015 | | 39.8 | | | |
| 3/31/2016 | | | | | |
| 6/30/2016 | | | | | |
| 9/30/2016 | | 25.6 | | | |
| 12/31/2016 | | 42.4 | | | |
| 3/31/2017 | | 36.2 | | | |
| 6/30/2017 | | 52.7 | | | |
| 9/30/2017 | | 76.9 | | | 30.3 |
| 12/31/2017 | | 78.4 | | | 24.7 |

Table 5 Source: Form 13Fs filed by Junto Capital Management LP.

Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GOOG is the ticker for Alphabet Class C (no holdings during this period)
GS is Goldman Sachs Group Inc. (no holdings during this period)
JPM is JPMorgan Chase & Co. (no holdings during this period)
LYV is LiveNation Entertainment Inc.

| Table 6. Viking Global Investors LP, Stock Holdings in Four Victims, 2018 and 2019 ($ millions) | | | | | |
|---|---|---|---|---|---|
| **Quarter Ending** | **GOOG** | **GOOGL** | **GS** | **JPM** | **LYV** |
| 3/31/2018 | | 1,030.5 | | | |
| 6/30/2018 | | 691.4 | | | |
| 9/30/2018 | | 69.9 | | | |
| 12/31/2018 | 158.2 | 810.9 | | | |
| 3/31/2019 | 161.5 | 440.9 | | | |
| 6/30/2019 | 123.4 | 305.5 | | | |
| 9/30/2019 | 84.6 | 161.1 | | | |
| 12/31/2019 | 0.0 | 74.0 | | | |

Table 6 Source: Form 13Fs filed by Viking Global Investors LP.
Notes:
Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GOOG is the ticker for Alphabet Class C.
GS is Goldman Sachs Group Inc. (no holdings in this period)
JPM is JPMorgan Chase & Co. (no holdings during this period)
LYV is LiveNation Entertainment Inc. (no holdings during this period)

| Table 7. D1 Capital Partners LP, Stock Holdings in Four Victims, 2018 and 2019 ($ millions) | | | | | |
|---|---|---|---|---|---|
| Quarter Ending | GOOG | GOOGL | GS | JPM | LYV |
| 3/31/2018 | | | | | |
| 6/30/2018 | | | | | |
| 9/30/2018 | | | | | |
| 12/31/2018 | | 264.3 | | | |
| 3/31/2019 | | 308.3 | | | |
| 6/30/2019 | | 275.0 | | | |
| 9/30/2019 | | | | | |
| 12/31/2019 | | 70.3 | | | |

Table 7 Source: Form 13Fs filed by D1 Capital Partners LP.

Empty cells indicate zero holdings that quarter.
GOOG is the ticker for Alphabet Class C. (no holdings in this period)
GOOGL is the ticker for Alphabet Class A.
GS is Goldman Sachs Group Inc. (no holdings in this period)
JPM is JPMorgan Chase & Co. (no holdings during this period)
LYV is LiveNation Entertainment Inc. (no holdings during this period)

| Table 8. Junto Capital Management LP, Stock Holdings in Four Victims, 2018 to 2019 ($ millions) | | | | | |
|---|---|---|---|---|---|
| Quarter Ending | GOOG | GOOGL | GS | JPM | LYV |
| 3/31/2018 | | | | | 29.5 |
| 6/30/2018 | | | | | 33.6 |
| 9/30/2018 | | | 54.2 | | 24.3 |
| 12/31/2018 | | 82.5 | | | |
| 3/31/2019 | | | | | |
| 6/30/2019 | | 3.7 | | | |
| 9/30/2019 | | 29.9 | 22.4 | | |
| 12/31/2019 | | 56.4 | | | 43.8 |

Source: Form 13Fs filed by Junto Capital Management LP.

Empty cells indicate zero holdings that quarter.
GOOG is the ticker for Alphabet Class C. (no holdings in this period)
GOOGL is the ticker for Alphabet Class A.
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co. (no holdings during this period)
LYV is LiveNation Entertainment Inc.

| Table 9. Stock Holdings in Four Victims, 2020 to 2021, Hedge Funds and Komitee |||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hedge Funds – Viking, D1, Junto Combined ($ millions) |||| | Komitee Pro-Rata Beneficial Interest ($ thousands or M millions) |||||||||||
| Quarter | GOOGL | GS | JPM | LYV | GOOGL Low | High | GS Low | High | JPM Low | High | LYV Low | High | COMBINED BENEFICIAL INTEREST Low | High |
| 1Q20 | 547 |  | 407 | 159 | 174 | 871 |  |  | 110 | 550 | 62 | 309 | 346 | 1.7M |
| 2Q20 | 153 |  | 1,183 | 251 | 59 | 297 |  |  | 329 | 1646 | 97 | 486 | 486 | 2.4M |
| 3Q20 | 799 | 60 | 1,639 | 496 | 275 | 1.4M | 71 | 357 | 440 | 2.2M | 192 | 962 | 978 | 4.9M |
| 4Q20 | 2,006 | 80 | 2,088 | 66 | 602 | 3M | 96 | 481 | 578 | 2.9M | 25 | 127 | 1.3M | 6.5M |
| 1Q21 | 1,035 |  | 133 |  | 189 | 945 |  |  | 13 | 67 |  |  | 203 | 1.0M |
| 2Q21 | 161 |  |  |  | 41 | 203 |  |  |  |  |  |  | 41 | 203 |
| 3Q21 | 69 |  |  |  | 66 | 331 |  |  |  |  |  |  | 66 | 331 |
| 4Q21 | 105 |  |  |  | 101 | 504 |  |  |  |  |  |  | 101 | 504 |

Source: Form 13Fs and ADVs filed by Komitee Hedge Funds; Form AO 10 filed by Komitee.

Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co.
LYV is LiveNation Entertainment Inc.

| Table 10. Stock Holdings in Alleged Victims, 1Q23 to 2Q24 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Komitee Hedge Funds (combined)** ($ millions) | | | | | **Komitee Pro-Rata Beneficial Interest** ($ thousands or M millions) | | | | | | | | |
| Quarter | GOOGL | GS | JPM | LYV | GOOGL Low | High | GS Low | High | JPM Low | High | LYV Low | High | COMBINED BENEFICIAL INTEREST Low | High |
| 1Q23 | 324 | 42 | 97 | 230 | 70 | 348 | 27 | 136 | 64 | 318 | 42 | 208 | 202 | 1.0M |
| 2Q23 | 274 |  | 117 |  | 50 | 248 |  |  | 76 | 382 |  |  | 126 | 630 |
| 3Q23 | 248 |  | 166 |  | 72 | 358 |  |  | 109 | 545 |  |  | 181 | 903 |
| 4Q23 | 734 |  | 160 | 42 | 103 | 513 |  |  | 105 | 523 | 8 | 38 | 215 | 1.1M |
| 1Q24* | 392 | 76 | 70 | 259 | 88 | 439 | 43 | 214 | 39 | 197 | 50 | 248 | 220 | 1.1M |
| 2Q24* |  |  | 609 | 332 |  |  |  |  | 57 | 283 | 64 | 318 | 120 | 601 |

Source: Form 13Fs and ADVs filed by Komitee Hedge Funds; Form AO 10 filed by Komitee.

Empty cells indicate zero holdings that quarter.
GOOGL is the ticker for Alphabet Class A.
GS is Goldman Sachs Group Inc.
JPM is JPMorgan Chase & Co.
LYV is LiveNation Entertainment Inc.

*1Q24 and 2Q24 are inferred, assuming no changes in the value ranges of Komitee's hedge fund interests versus 2023.