

October 27, 2024

**VIA ECF**

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 112011

Re: U.S. v. Watson, 23-cr-82 (E.D.N.Y.)

Dear Judge Komitee:

For the reasons set forth in Defendant Watson's Motion to Disqualify Judge (324) filed on October 24, 2024, and incorporated herein by reference, Defendant OZY Media, Inc joins said motion in its entirety.

Respectfully submitted,

10/27/2024

*Attorney for Defendant, OZY Media, Inc.*
Shannon Frison, Esq. USMC
FRISON LAW FIRM, P.C.
75 State Street
Suite 100
Boston, MA 02109
shannon@frisonlawfirm.com
(617) 706-0724

